B8B (Official Form 3B) (11/12) Cont.

# UNITED STATES BANKRUPTCY COURT
**Northern** District of **Illinois**

In re **CURTIS JONES**      Case No. **12-28077**

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

$ **76.50** on or before **08/21/12**

$ **76.50** on or before **09/18/12**

$ **76.50** on or before **10/16/12**

$ **76.50** on or before **11/13/12**

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                                        (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: **JUL 25 2012**

BY THE COURT:

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Curtis Jones,** | ) | Case No. 12bk28077 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served on all persons identified as Registrants on the attached service list through the Court's Electronic Notice for Registrants System and as to all other persons on the service list, I caused copies to be sent by first class United States mail in properly addressed envelopes with postage prepaid this 26th day of July, 2012.

_____
Lauren Hargrove
Law Clerk

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants System:**

*Debtor(s) Attorney*
(Pro se)

*Chapter 7 Trustee*
**Deborah Michelle Gutfeld**
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603

*U.S. Trustee*
**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

**Persons Served by United States Mail**
*Debtor*
**Curtis Jones**
3983 S Lake Park St
Apt 203
Chicago, IL 60653